**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Maxie A. MOORE, Defendant–**
**Appellant.**

**No. 11–30336.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 19, 2012.

Norman Mcintosh Barbosa, Assistant U.S., Helen J. Brunner, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Maxie A. Moore, Tacoma, WA, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Maxie A. Moore appeals from the district court's amended judgment issued following this court's remand in *United States v. Moore,* 449 Fed.Appx. 677 (9th Cir.2011) (unpublished). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Moore's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Moore filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

Moore's motion for appointment of new counsel, received on April 20, 2012, is **DENIED.**